## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Ruby Miller,

      Plaintiff,

          v.                             Case No.   1:11cv512

Commissioner of Social Security,            Judge Michael R. Barrett

      Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on August 21, 2013 (Doc. 19).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation (Doc. 19) in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 19) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 19) of the Magistrate Judge is hereby **ADOPTED.** The Motion for Attorney Fees (Doc. 18) is **GRANTED**. The Plaintiff is awarded $2,210.00 in attorney fees and $350.00 in costs for a total of $2,560.00.

      **IT IS SO ORDERED.**

                                *s/Michael R. Barrett*
                                Michael R. Barrett
                                United States District Judge